APPEARANCE

## United States Bankruptcy Court

For the    Northern    District of    Illinois

In re
Dejan Milovanovic

) 
) Case No. 11-30502
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Dejan Milovanovic

6332 N. Richmond

Chicago, IL 60659

| | |
|---|---|
| Jeffrey Miszczyszyn | Idrizi & Assocs. |
| Print Name on this Line | Firm Name |
| /s/ Jeffrey Miszczyszyn | FIRM ID NUMBER: |
| Signature | 1300 W. Higgins Rd., 214 |
| ATTORNEY ID NUMBER          6290259 | Street Address |
| | Park Ridge          Illinois          60068 |
| | City          State          Zip |
| | Telephone          (847) 318-8600 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____ D _____ TP _____