Certificate Number: 13791-ILN-DE-015712136

Bankruptcy Case Number: 11-30502



13791-ILN-DE-015712136

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 10, 2011</u>, at <u>12:11</u> o'clock <u>AM EDT</u>, <u>Dejan Milovanovic</u> completed a course on personal financial management given <u>by internet</u> by <u>DebtorWise Foundation,</u> a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>August 10, 2011</u>          By:    <u>/s/Michael Velasco</u>

                                      Name:  <u>Michael Velasco</u>

                                      Title: <u>Counselor</u>