Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 11−30502
Chapter:  7
Judge:  Susan Pierson Sonderby

In Re:
  Dejan Milovanovic
  6332 N Richmond
  Chicago, IL 60659

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9451

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on August 24, 2011

FOR THE COURT

Dated: August 24, 2011                    Kenneth S. Gardner , Clerk
                                          United States Bankruptcy Court

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                                  Case No. 11-30502-SPS
Dejan Milovanovic                                                       Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan              Page 1 of 1       Date Rcvd: Aug 24, 2011
                              Form ID: ntcdsm1             Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2011.
db           +Dejan Milovanovic,    6332 N Richmond,   Chicago, IL 60659-1546
aty          +Jeffrey E Miszczyszyn,    Idrizi & Associates,   1300 W Higgins Rd 214,
               Park Ridge, IL 60068-5766
tr           +Alex D Moglia, ESQ,    Moglia Advisors,   1325 Remington Rd, Ste H,   Schaumburg, IL 60173-4815
17588257     +Citimortgage Inc,   PO Box 183040,   Columbus, OH 43218-3040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17620920      EDI: BECKLEE.COM Aug 25 2011 04:33:00     American Express Centurion Bank,    Becket and Lee LLP,
               c/o Gilbert B. Weisman,    POB 3001,   Malvern PA 19355-0701
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2011**                **Signature:**         *Joseph Speetjens*